CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 20 2014
JULIA C. DUDLEY, CLERK
BY: HM<U>C</U>
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RONNIE A. NOEL,<br>Petitioner, | ) ) ) | Civil Action No. 7:14-cv-00271 |
| v. | ) ) | **ORDER** |
| LT. COL. KUMER,<br>Respondent. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; the pending motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 20th day of June, 2014.

*[signature]*
Senior United States District Judge